UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY LALLAVE, :

    Petitioner : CIVIL ACTION NO. 3:22-1705

v. : (JUDGE MANNION)

STEPHEN SPAULDING, :

    Respondent :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: August 9, 2023
22-1705-01-ORDER